**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Simon MUNOZ–MUNOZ, Defendant—**
**Appellant.**

No. 02–10317.

D.C. No. CR–01–05282–REC.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 18, 2003.

Before CANBY, O'SCANNLAIN and
T.G. NELSON, Circuit Judges.

MEMORANDUM **

Simon Munoz–Munoz appeals the sentence imposed following his guilty plea to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Munoz–Munoz contends that the district court erred in sentencing him when he was not given a downward departure based on an overstated criminal history. We lack jurisdiction to review the district court's discretionary denial of Munoz–Munoz's request for a downward departure. *United*

---

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

*States v. Garcia–Garcia,* 927 F.2d 489, 490–91 (9th Cir.1991).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.